UNITED STATES of America,
Plaintiff–Appellee,

v.

Gordon Edward HALL, Jr.,
Defendant–Appellant.

No. 00–4932.

United States Court of Appeals,
Fourth Circuit.

Submitted May 15, 2001.

Decided May 23, 2001.

Louis C. Allen, III, Federal Public Defender, Gregory Davis, Assistant Federal Public Defender, Greensboro, for appellant. Benjamin H. White, Jr., United States Attorney, Steven H. Levin, Assistant United States Attorney, Greensboro, NC, for appellee.

Before WIDENER, NIEMEYER, and MICHAEL, Circuit Judges.

PER CURIAM.

Gordon Edward Hall, Jr., appeals his conviction for possession of firearms in furtherance of a drug trafficking offense, in violation of 18 U.S.C.A. § 924(c)(1)(A) (West 2000). We affirm.

Hall contends the evidence at trial was insufficient to establish the possession of the firearms was in furtherance of the drug trafficking crime. A defendant challenging the sufficiency of the evidence to support a conviction bears "a heavy burden." *United States v. Hoyte*, 51 F.3d 1239, 1245 (4th Cir.1995). On direct appeal of a criminal conviction, a "verdict of a jury must be sustained if there is substantial evidence, taking the view most favorable to the Government, to support it." *Glasser v. United States*, 315 U.S. 60, 80, 62 S.Ct. 457, 86 L.Ed. 680 (1942); *see also United States v. Hastings*, 134 F.3d 235, 238 (4th Cir.1998).

We have reviewed the record and briefs and find sufficient evidence to support Hall's conviction. Accordingly, we affirm Hall's conviction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*